## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRAVIS WELLS,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:15-0972** |
| **v.** : | **(MANNION, D.J.)** |
| | **(COHN, M.J.)** |
| **CAROLYN W. COLVIN,** : | |
| **Commissioner of Social Security,** : | |
| **Defendant** : | |
| : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Cohn issued in the above-captioned matter, (**Doc. 22**), is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's appeal, **(Doc. 1)**, of the decision of the Commissioner denying his claim for disability insurance benefits and child's insurance benefits is **DENIED**; and

**(3)** the Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 29, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0972-01-ORDER.wpd